IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDY L. S., | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:24-cv-353-DWD |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
|     Defendant. | ) ) |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

Before the Court is Plaintiff's Motion and Affidavit to Proceed in the District Court Without Prepaying Fees or Costs (Doc. 3). Such a motion may be granted if Plaintiff proves indigence by submitting an affidavit that includes a statement of her assets and shows she is unable to pay fees or security. *See* 28 U.S.C. § 1915(a)(1). The Court may deny the Motion and dismiss the action if it is frivolous or malicious, which means it does not make a rational legal or factual argument to support the claims. *See id*. § 1915(e)(2)(B)(i); *Ledbetter v. Comm'r of Social Security*, No. 20-912, 2020 WL 6395491, at *1 (S.D. Ill. 2020).

Here, the Court is satisfied, based on Plaintiff's affidavit, that she is indigent. Further, the record does not suggest Plaintiff's claims are frivolous or malicious. Therefore, the Court **GRANTS** Plaintiff's Motion. The Court notes it may dismiss this action, at any time, if it is deemed frivolous or malicious. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

If Plaintiff wishes for the United States Marshal to serve process, then Plaintiff shall provide the United States Marshal with a summons issued in this case, completed

USM-285 forms, and sufficient copies of the Complaint (Doc. 1). The Court **DIRECTS** the United States Marshal, upon receipt of those documents, to serve a copy of the summons, Complaint, and this Memorandum & Order on Defendant, the United States Attorney for the Southern District of Illinois, and the Attorney General of the United States, pursuant to Federal Rule of Civil Procedure 4(c)(3) and in the manner specified by subsection (i)(1) & (2) of that Rule. Costs of service shall be borne by the United States.

    **SO ORDERED.**

    Dated: February 13, 2024

*s/ David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge
